**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DARREN JONES**                                                                      **PLAINTIFF**

**V.**                                                               **CAUSE NO. 3:18-CV-00168-NBB-JMV**

**TRACTOR SUPPLY COMPANY**
**And XYZ CORPORATIONS 1-10**                                          **DEFENDANTS**

**ORDER**

Consistent with the district judge's Order [38] granting a trial continuance, the defendant's unopposed motion [37] to extend the discovery and motions deadlines is granted, and the discovery deadline is extended to September 17, 2019, and the motions deadline is extended to October 1, 2019.

**SO ORDERED THIS**, the 24th day of May, 2019.

                                         /s/ Jane M. Virden
                                         UNITED STATES MAGISTRATE JUDGE