IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DARREN JONES**                                                                                      **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 3:18-CV-00168-NBB-JMV**

**TRACTOR SUPPLY COMPANY**
**XYZ CORPORATIONS 1-10**                                                        **DEFENDANTS**

## **ORDER**

Consistent with the District Judge's Order [44] granting a continuance of the trial, the Defendant's unopposed request for entry of an order extending case management order deadlines is GRANTED. Accordingly, the discovery deadline is extended to November 1, 2019, and the dispositive and *Daubert* motions deadline is extended to November 15, 2019.

**SO ORDERED** this 11th day of September, 2019.

                                                                                /s/ Jane M. Virden
                                                                                U.S. Magistrate Judge