# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DARREN JONES**                                                                                                             **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 3:18-CV-00168-NBB-JMV**

**TRACTOR SUPPLY COMPANY**
**XYZ CORPORATIONS 1-10**                                                                     **DEFENDANTS**

## <u>ORDER</u>

Consistent with the District Judge's Order [59] continuing the trial setting until November 16, 2020, the following deadlines now control:

The discovery deadline is extended to June 1, 2020, and the dispositive and *Daubert* motions deadline is extended to June 15, 2020.

**SO ORDERED** this, the 26th day of March, 2020.

                                                                                     <u>/s/ Jane M. Virden</u>
                                                                                     U. S. MAGISTRATE JUDGE