IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DARREN JONES                                                                                   PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:18-cv-00168-NBB-JMV

TRACTOR SUPPLY COMPANY                                                              DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**, and this case is dismissed with prejudice and closed.

This 30th day of March, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE